# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN A. GOLDAMER,<br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant. | No. 17-cv-00768-jdp<br><br>Chief District Judge James D. Peterson |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the Court's order, the Appeals Council will remand to an Administrative Law Judge with instructions to proceed through the sequential evaluation process as needed to reach a new decision; if the evaluation reaches step four, reconsider Plaintiff's residual functional capacity; if warranted, obtain additional vocational expert testimony; and issue a de novo decision.

SO ORDERED this 17TH day of MARCH, 2018.

_____
HON. JAMES D. PETERSON
Chief District Judge

Page 1 of 1